**Order entered August 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00546-CR
No. 05-13-00547-CR

**EDGAR ALBERTO ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82866-2012, 199-81976-2011**

## ORDER

We **GRANT** Official Court Reporter Sheri J. Vecera's August 26, 2013 request for a second extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The Court will not grant any further extensions on the reporter's record.

/s/      LANA MYERS
         JUSTICE